**Order entered January 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01288-CV

### IN THE ESTATE OF BRIAN MATSUO SAKIMA, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03677-2**

## ORDER

Before the Court is appellant's January 28, 2019 second motion to extend time to file a brief. We **GRANT** the motion and extend the time to **February 04, 2019**. We caution appellant that further requests for extension of time will be disfavored.

/s/     BILL WHITEHILL
         JUSTICE